ELLEN E. LYON et al., as Administrators, etc., Respondents, *v.* THE PORT HENRY IRON ORE COMPANY OF LAKE CHAMPLAIN, Appellant.

(Argued March 13, 1889;  decided March 29, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order

made January 26, 1886, which affirmed a judgment in favor of plaintiffs, entered on a verdict.

*Chester McLaughlin* for appellant.

*Richard L. Hand* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.